ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,           :

    - v. -                          :     NOTICE OF INTENT TO
                                               FILE AN INFORMATION
DOMINIC ROSE,                       :

           Defendant.         :

- - - - - - - - - - - - - - - - x

**05CRIM. 1214**

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
           November 2, 2005

                            MICHAEL J. GARCIA
                            United States Attorney

              By: _____
                  ALEXANDER H. SOUTHWELL
                  Assistant United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/05

              AGREED AND CONSENTED TO:

              By: _____
                  MARK GOMBINER, ESQ.
                  Attorney for DOMINIC ROSE

**JUDGE KARAS**

11/10/05 WHEEL A