UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,    :    WAIVER OF INDICTMENT

     - v. -    :    05 Cr.

DOMINICK ROSE,

     Defendant.

**05CRIM. 1214**

------------------------------------x

    DOMINICK ROSE, the above-named defendant, who is accused of violating Title 18, United States Code, Sections 371 and 2319 and Title 17, United States Code, Section 506, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

JUDGE KARAS

_____
DOMINICK ROSE

_____
MARK GOMBINER, ESQ.
Counsel for DOMINICK ROSE

_____
Witness

Date:    New York, New York
        November 1?, 2005

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 8 2005

0293