UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/06

United States of America,

-v-

Dominick Rose
           Defendant.

Case No. 05-CR-1214 (KMK)

<u>ORDER</u>

KENNETH M. KARAS, District Judge:

      The above-entitled action having been assigned to the undersigned for all purposes,

      IT IS HEREBY ORDERED that all parties appear with counsel for a conference on **December 8. 2006 at 10:00am** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:    November 30, 2006
                New York, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE