

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

## MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 4, 2006

**BY HAND**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/06

Re:   United States v. Dominick Rose,
      05 Cr. 1214 (KMK)

Dear Judge Karas:

As the Court is aware, on March 10, 2006, Mr. Rose entered a guilty plea to the above-referenced information. At the conclusion of the defendant's guilty plea proceeding, the Court set a sentence date of July 13, 2006. Prior to that date, the Government submitted a request, jointly with the defense, for a new date because the parties were not ready for sentencing. The Government respectfully submits this letter, jointly with the defendant, to again request another six month adjournment in the defendant's sentencing date. There are a number of other related matters that are still pending and the parties would like to wait until those matters are completed before Rose is sentenced. Last Friday, we got the Court's order setting a conference for this Friday at 10:00 a.m. The Government respectfully requests that this letter substitute as a status update in lieu of Friday's conference. If the Court still wishes to have a conference, the Government respectfully requests that the conference be set during the following week beginning December 11th because I will be out of the office on official business this Friday.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Alexander H. Southwell
Assistant United States Attorney
(212) 637-2417

*[Handwritten: Sentence is adjourned until June 1, 2007, at 10:00AM.*

*SO ORDERED*
*KENNETH M. KARAS U.S.D.J.*
*12/5/06]*

cc: Chris Flood, Esq. (via facsimile)