

U.S. Department of ~~~

**United States Attorney**
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

May 31, 2007

**BY FACSIMILE**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/07

Re:   United States v. Dominick Rose,
      05 Cr. 1214 (KMK)

Dear Judge Karas:

As the Court is aware, on March 10, 2006, Mr. Rose entered a guilty plea to the above-referenced information. Mr. Rose's sentencing was subsequently adjourned until tomorrow.

I write to advise the Court that although we are not ready for sentencing tomorrow, primarily because the Probation Office has not prepared the Pre-sentence Investigation Report, the defendant is ready to be interviewed and sentenced in approximately three months, when the PSI has been completed. Accordingly, the Government respectfully requests that the sentencing be adjourned to a date approximately three months from now and that the Probation Office be ordered to prepare the PSI.

Additionally, I wish to advise the Court that I will shortly be leaving the United States Attorney's Office and AUSA Nicholas Goldin will be taking over the instant matter. AUSA Goldin can be reached at (212) 637-2334 or Nicholas.S.Goldin@usdoj.gov.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Alexander H. Southwell
Assistant United States Attorney
(212) 637-2417

*Sentencing is adjourned until September 6, 2007 at 11AM.*

SO ORDERED
_____
KENNETH M. KARAS U.S.D.J.
6/4/07

cc: Chris Flood, Esq. (via facsimile)